UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>        Plaintiff,<br><br>  v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>        Defendant. | C16-1534 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for bifurcation and stay of certain claims, docket no. 28, is GRANTED. Discovery in this action is hereby STAYED except with respect to those claims outlined in the parties stipulated motion. The deadline to file discovery motions is EXTENDED to September 14, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of August, 2017.

                                                    William M. McCool
                                                    Clerk

                                                    s/Karen Dews
                                                    Deputy Clerk

MINUTE ORDER - 1