UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL UNION FIRE
INSURANCE CO OF PITTSBURGH
PA, a Pennsylvania insurance company,

    Plaintiff,

v.

SEATTLE SCHOOL DISTRICT NO. 1,
a Washington municipal corporation,

    Defendant.

C16-1534 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court GRANTS the parties' Stipulated Motion for Order Extending Deadlines and Continuing Trial Date, docket no. 30, as follows.

| | |
|---|---|
| **JURY TRIAL DATE** | **APRIL 23, 2018** |
| Discovery completion deadline | January 2, 2018 |
| Dispositive motions filing deadline | February 1, 2018 |
| Motions in limine filing deadline | March 22, 2018 |
| Agreed pretrial order due | April 6, 2018 |

MINUTE ORDER - 1

| Trial briefs, proposed voir dire questions, and jury instructions due | April 6, 2018 |
| Pretrial conference | **2:00 p.m.** on April 13, 2018 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of October, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2