UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, a Pennsylvania insurance company,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1, a Washington municipal corporation,<br><br>Defendant. | C16-1534 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court GRANTS the parties' Stipulated Motion for Leave to File First Amended Complaint and Responsive Pleadings, docket no. 32 (the "Stipulated Motion"). Pursuant to Local Civil Rule 15, Plaintiff shall file and serve the amended complaint on all parties within fourteen (14) days of the date of this Minute Order. Pursuant to the Stipulated Motion, Defendant shall file and serve any responsive pleading within twenty (20) days of the service of the amended complaint.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of November, 2017.

                                         William M. McCool
                                         Clerk

                                         s/Karen Dews
                                         Deputy Clerk

MINUTE ORDER - 1