THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania insurance company,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1, a Washington municipal corporation,<br><br>Defendant. | NO. 2:16-cv-01534 TSZ<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO FILE ANSWER TO FIRST AMENDED COUNTERCLAIMS** |

National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Seattle School District No. 1 ("SSD"), by and through their attorneys of record, hereby submit this Stipulated Motion and Proposed Order Extending Deadline for National Union to file its Answer to SSD's First Amended Counterclaims.

### I. STIPULATED MOTION

On November 20, 2017, National Union filed its First Amended Complaint for Declaratory Judgment regarding Insurance Coverage (Dkt.34), per this Court's Order of November 15, 2017 (Dkt.33). On December 11, 2017, SSD filed its Answer to First Amended Complaint and First Amended Counterclaims (Dkt.35). Pursuant to the Court Order of November 15, 2017, National Union's Answer to SSD's First Amended Counterclaims is due on

STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO FILE ANSWER TO FIRST AMENDED COUNTERCLAIMS – PAGE 1
Case No. 2:16-cv-01534

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

January 2, 2018. However, in light of the intervening holidays, National Union is seeking a week extension, from January 2, 2018 to January 9, 2018, to file its Answer to SSD's First Amended Counterclaims.

Accordingly, the parties respectfully request that this Court extend the deadline for National Union to file its Answer to SSD's First Amended Counterclaims from January 2, 2018 to January 9, 2018.

DATED this 27th day of December, 2017.

GORDON REES SCULLY
MANSUKHANI, LLP


By: *s/ Donald J. Verfurth*
    Donald J. Verfurth, WSBA No. 15554
    Sally S. Kim, WSBA No. 35289
    Attorneys for Plaintiff NATIONAL UNION
    FIRE INSURANCE COMPANY
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    Email: dverfurth@grsm.com
    Email: sallykim@grsm.com


PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.


By: *s/ Kevin J. Kay*
    Kevin J. Kay, WSBA No. 34546
    Attorneys for Defendant SEATTLE SCHOOL
    DISTRICT
    2112 Third Avenue, Suite 500
    Seattle, WA 98121
    Email: kjk@pattersonbuchanan.com

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE TO FILE ANSWER TO FIRST AMENDED
COUNTERCLAIMS – PAGE 2
Case No. 2:16-cv-01534

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## II. ORDER

Based on the foregoing Stipulated Motion:

IT IS HEREBY ORDERED that National Union Fire Insurance Company of Pittsburgh, Pa. has up to and including January 9, 2018, to answer Seattle School District No. 1's First Amended Counterclaims.

DATED this 4th day of January, 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE TO FILE ANSWER TO FIRST AMENDED
COUNTERCLAIMS – PAGE 3
Case No. 2:16-cv-01534

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822