UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA., Plaintiff, v. SEATTLE SCHOOL DISTRICT NO. 1, Defendant. | C16-1534 TSZ<br><br>MINUTE ORDER |
|---|---|

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion Extending Deadlines and Continuing Trial Date, docket no. 39, is GRANTED in part and DENIED in part as follows. The Court CONTINUES the trial date and remaining deadlines as follows:

| **JURY TRIAL DATE (8–10 days)** | **June 18, 2018** |
|---|---|
| Dispositive motions filing deadline | March 29, 2018 |
| Motions in limine filing deadline | May 17, 2018 |
| Agreed pretrial order due | June 1, 2018 |

MINUTE ORDER - 1

| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | June 1, 2018 |
|---|---|
| Pretrial conference | June 8, 2018 at 11:00 a.m. |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of February, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2