UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL UNION FIRE
INSURANCE CO OF PITTSBURGH
PA,

            Plaintiff,

    v.

SEATTLE SCHOOL DISTRICT NO.
1,

            Defendant.

C16-1534 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion, docket no. 46, is GRANTED. The trial date of June 18, 2018, and all related deadlines are hereby STRICKEN. The Court will promptly reset the trial date, if appropriate, after it rules on the pending motion for summary judgment, docket no. 40.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of May, 2018.

                             William M. McCool
                             Clerk

                             s/Karen Dews
                             Deputy Clerk

MINUTE ORDER - 1